**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOTH CAROLINA**

| | |
|---|---|
| HALI ANASTOPOULO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>UNITED PARCEL SERVICES, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 2:26-CV-00754-RMG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AGAINST UNITED PARCEL SERVICES, INC.** |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Hali Anastopoulo ("Plaintiff") by and through undersigned counsel, hereby give notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant United Parcel Services, Inc. ("Defendant"). Defendant has not served an answer or motion for summary judgment in this action. Furthermore, Plaintiff has not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiff notice voluntary dismissal of this action, without prejudice.

Dated: March 17, 2026.

Respectfully submitted,

/s/ Paul J. Doolittle
Paul J. Doolittle, Esq.
SC Fed Bar ID 6012
**Poulin Willey Anastopoulo, LLC**
32 Ann Street
Charleston, SC 29403
803-222-2222
Fax: 843-494-5536
Email: paul.doolittle@poulinwilley.com

*Attorney for Plaintiff and the Proposed Class*